DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

———————————————

M.D.L.,

Appellant,

v.

A.T.,

Appellee.

No.  2D22-157

———————————————

September 1, 2023

Appeal from the Circuit Court for Hillsborough County; Lindsay Alvarez, Judge.

M.D.L., pro se.

A.T., pro se.

PER CURIAM.

　　　Affirmed.

NORTHCUTT, SILBERMAN, and VILLANTI, JJ., Concur.

———————————————

Opinion subject to revision prior to official publication.